**No. 09-9489. Raul Lopez-Reyes, Petitioner v. United States.**

559 U.S. 1057, 130 S. Ct. 2362, 176 L. Ed. 2d 576, 2010 U.S. LEXIS 3077.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 589 F.3d 667.

**No. 09-9492. David Samuel Martinez-Velez, Petitioner v. United States.**

559 U.S. 1057, 130 S. Ct. 2362, 176 L. Ed. 2d 576, 2010 U.S. LEXIS 3066.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-9496. John Leon Noster, Petitioner v. United States.**

559 U.S. 1057, 130 S. Ct. 2362, 176 L. Ed. 2d 576, 2010 U.S. LEXIS 2978.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 590 F.3d 624.

**No. 09-9497. Christopher Ray Parrish, Petitioner v. United States.**

559 U.S. 1057, 130 S. Ct. 2362, 176 L. Ed. 2d 576, 2010 U.S. LEXIS 3065.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 360 Fed. Appx. 448.

**No. 09-9510. William Henry Barnwell, Petitioner v. United States.**

559 U.S. 1057, 130 S. Ct. 2362, 176 L. Ed. 2d 576, 2010 U.S. LEXIS 3054.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 364 Fed. Appx. 240.

**No. 09-9511. Ramse Thomas, Petitioner v. United States.**

559 U.S. 1057, 130 S. Ct. 2363, 176 L. Ed. 2d 576, 2010 U.S. LEXIS 3047.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-9519. Brian Keith Watts, Petitioner v. United States.**

559 U.S. 1057, 130 S. Ct. 2363, 176 L. Ed. 2d 576, 2010 U.S. LEXIS 3059.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 352 Fed. Appx. 784.

**No. 09-9521. Jose G. Vargas-Victoria, Petitioner v. United States.**

559 U.S. 1057, 130 S. Ct. 2363, 176 L. Ed. 2d 576, 2010 U.S. LEXIS 3076.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 345 Fed. Appx. 307.

**No. 09-631. Elisa Encarnacion, on Behalf of Arlene George, et al., Petitioners v. Michael J. Astrue, Commissioner of Social Security.**

559 U.S. 1057, 130 S. Ct. 2342, 176 L. Ed. 2d 576, 2010 U.S. LEXIS 3100.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 568 F.3d 72.